United States Court of Appeals for the First Circuit

| | |
|---|---|
| **Daniel E. Hall, a/k/a Sensa Verogna,** ) | |
| **Plaintiff, Appellant,** ) | Case No. 23-1555 |
| v. ) | |
| ) | **REPLY TO** |
| ) | **OPPOSITION TO** |
| **Twitter, Inc.,** ) | **MOTION FOR LEAVE** |
| **Defendant, Appellee** ) | **TO CVSG** |

_____

# APPELLANT'S REPLY TO MOTION FOR LEAVE TO CALL FOR THE VIEWS OF THE SOLICITOR GENERAL (CVSG)

Respectfully, Plaintiff-Appellant Daniel E. "Hall" replies to Defendant-Appellee "Twitter's" opposition (Dkt. 00118107111, filed on February 9, 2024) to Hall's "Motion" for Leave to Call for the Views of the Solicitor General (CVSG) (Dkt. 00118101874).

First, Hall's motion does not falsely claim, assume, or imagine that the Solicitor General represented Twitter in Hall's Mandamus appeal to the US Supreme Court, the court's docket states that in black and white. See Motion, Exhibit B.



Page **1** of **4**

According to the US Supreme Court's own docket, Twitter certainly went through this particular appeals process with the weight of the Solicitor General and US government behind it. But why? Certainly one could understand the Solicitor General being interested in Hall's Section 230 claims, but the Mandamus and Writ to the high court disputed Judge Elliot's refusal to recuse herself, with no arguments regarding Section 230. On its face, this collaboration certainly bolsters Hall's claim that Twitter was and is a State Actor, (Motion at 2), as there is no reasonable reason that the government would be interested in conducting and supervising this particular litigation as an attorney and advocate for the respondent Twitter, regarding a matter of judicial recusal. As the high court's bar attorney, the Solicitor General's views "could prove to be a valuable tool for the panel in sorting out the illegal pro hac vice policies utilized and concealed by Twitter, even without any oral argument.

Second, Hall is under the informed impression that throughout the life of this appeal, he may file a motion with the court requesting that the court take some action on the case, provided it is within the federal laws, federal rules and the local circuit rules. To date, Hall has received no disposition or procedural orders from the Court or Clerk regarding any violations pursuant to Fed. R. App. P. 27(b), 1st Cir. R. 27.0(d), or any other law or rule, regarding his motions or submissions. And despite Twitter's kvetching in its "Motion for Filing Restrictions" (Dkt. 00118083204) and elsewhere in the docket, Twitter has yet to point to any rule Hall has broken or abused. And even if Hall's motions were to be miraculously determined to be "improper", there is no controlling federal law, federal rule, or local circuit rule which would constrict Hall

from simply filing motions and litigating his case, and therefore no sanctions or other disadvantage may be imposed for noncompliance with any requirement as Hall has not been furnished with actual notice of the requirement. See Local Rule 47(b)

In the least, in not having a direct, tangible, or legally recognized stake or concern, or a direct stake in the outcome of the case as the United States is not a party in the case, the Solicitor General should be compelled to answer what federal laws, regulations or policies she was defending and what was the potential impact this case was on public welfare, safety, or the important legal principles and its interests in acting as attorney for and defending Twitter in Hall's Mandamus Writ to the US Supreme Court.

For all these reasons, Hall requests this Court grant a motion for leave to call for the views of the solicitor general, in full or in part.

Respectfully,

/s/ Daniel E. Hall
Plaintiff, Appellant
Pro Se

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

This document complies with Fed. R. App. P. 27(d)(2)(A) because this document contains no more than 700 words.

## CERTIFICATE OF SERVICE

I certify that on February 11, 2024, I served the foregoing Motion upon the Defendant, through its attorney of record to Demetrio F. Aspiras, counsel of record via the Court's electronic filing system.

/s/ Daniel E. Hall